ROBERT W. McNABB AND WIFE WALLANIA SHELL McNABB v. TOWN OF BRYSON CITY AND CARL H. ARVEY, IN HIS CAPACITY AS CHIEF OF POLICE

No. 535PA86

(Filed 7 April 1987)

ON discretionary review of the decision of the North Carolina Court of Appeals, 82 N.C. App. 385, 346 S.E. 2d 285 (1986), affirming in part and vacating in part the judgment of *Hyatt, J.*, entered 30 April 1985 out of session and out of county by agreement of the parties. Heard in the Supreme Court 10 March 1987.

*Hunter & Large, by Raymond D. Large, Jr., and William P. Hunter, III, for plaintiff-appellees.*

*Carter & Kropelnicki, by Stephen Kropelnicki, Jr., for defendant-appellants.*

PER CURIAM.

Discretionary review improvidently allowed.